```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/17/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**SAIM SARWAR,** *Individually*,

                **Plaintiff**,

     -against-

**HUNG FAR REALTY LLC,** *A New York Corporation*,

                **Defendant.**

------------------------------------------------------------ x

20-cv-10526 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff filed their Complaint on December 14, 2020. ECF No. 1. The Court has reviewed the Complaint to ascertain whether the Southern District of New York is the proper venue for this suit. Plaintiff states that "[v]enue is properly located in this District because the subject property is located in this district." *Id.* ¶ 4. However, the subject property is in the County of Queens, *id.* ¶ 3, and thus, the proper venue for this suit is the Eastern District of New York pursuant to 28 U.S.C. § 1391(b)(2).

    Therefore, it is hereby **ORDERED**, that the parties must, no later than January 7, 2021, show cause in writing as to why this case should not be dismissed or transferred pursuant to 28 U.S.C. § 1406(a).

    Plaintiff is hereby **ORDERED** to serve this order on Defendant and file proof of service by no later than December 23, 2020.

**SO ORDERED.**

Dated:  December 17, 2020
           New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**